IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PEGASUS WIRELESS CORPORATION, et al.,<br><br>    Defendants. | No. C 09-02302 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On July 31, 2009, Defendant Tammy Knabb ("Knabb") filed a Motion to Dismiss, which is noticed for hearing on September 25, 2009. It is HEREBY ORDERED that Plaintiff's opposition shall be due by no later than August 17, 2009, and Knabb's reply brief shall be due by no later than August 24, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, they must submit a request to the Court showing good cause for any such modification.

**IT IS SO ORDERED.**

Dated: August 3, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE