NINA MARINO, ESQ. SBN 142815
KAPLAN MARINO, PC
9454 Wilshire Boulevard, Suite 500
Beverly Hills, California 90212-2982
Telephone: (310) 557-0007
Fax No.: (310) 275-4651
E-mail: marino@kaplanmarino.com

Attorney for Defendant TAMMY KNABB

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE,<br><br>    Plaintiff,<br><br>    vs.<br><br>PEGASUS WIRELESS CORPORATION, JASPER KNABB, AND STEPHEN DURLAND,<br><br>    Defendants,<br><br>    and<br><br>AERO-MARINE, LLC and TAMMY KNABB,<br><br>    Relief Defendants. | Case No. CV 09 2302 - JSW<br><br>ORDER ON APPLICATION FOR SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

TAMMY KNABB, defendant, to substitute NINA MARINO who is retained counsel,

KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 500
Beverly Hills, California 90212
E-mail: Marino@KaplanMarino.com
Tel: 310-557-0007
Fax: 310-275-4651
SBN 142815

1

ORDER ON APPLICATION FOR SUBSTITUTION OF ATTORNEY

1 | As attorney of record in place and stead of PAUL JOSEPH BAZIL is hereby

2 | ☒   GRANTED        ☐   DENIED

4 | Dated: January 20, 2010

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
U.S. District Judge

2

ORDER ON APPLICATION FOR SUBSTITUTION OF ATTORNEY