| | |
|---|---|
| 1 | |
| 2 | **PHILIP J. KAPLAN (SBN 135735)**<br>**LOCAL COUNSEL**<br>**LAW OFFICES OF PHILIP J. KAPLAN**<br>E-mail: philipkaplan@ca.rr.com<br>3278 Wilshire Blvd., Suite 106<br>Los Angeles, CA 90010<br>Tel: 213/480-8981<br>Fax: 213/480-8941 |

**PHILIP J. KAPLAN (SBN 135735)**
**LOCAL COUNSEL**
**LAW OFFICES OF PHILIP J. KAPLAN**
E-mail: philipkaplan@ca.rr.com
3278 Wilshire Blvd., Suite 106
Los Angeles, CA 90010
Tel: 213/480-8981
Fax: 213/480-8941

**CHRISTOPHER BRUNO (VA Bar No. 47651)**
**APPEARANCE BY *PRO HAC VICE***
**BRUNO & DEGENHARDT, PC**
E-mail: c.bruno6@verizon.net
10615 Judicial Drive, Suite 703
Fairfax, VA 22030
Tel: 703/352-8960
Fax: 703/352-8930

Attorneys for Defendant
JASPER KNABB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>PEGASUS WIRERLESS CORPORATION, JASPER KNABB, and STEPHEN DURLAND,<br><br>        Defendants.<br><br>   And<br><br>AERO-MARINE, LLC and TAMMY KNABB,<br><br>        Relief Defendants. | Case No. CV 09-2302 JSW<br><br><br>**ORDER ON APPLICATION FOR SUBSTITUTION OF ATTORNEY** |

LAW OFFICES OF
PHILIP J. KAPLAN

ORDER RE: SUBSTITUTION OF ATTORNEY
Case No. CV 09-2302 JSW

The Court hereby orders that the request of:

JASPER KNABB, defendant, to substitute CHRISTOPHER BRUNO who is retained counsel,

BRUNO & DEGENHARDT, PC

10615 Judicial Drive, Suite 703

Fairfax, VA 22030

Tel: 703/352-8960

Fax: 703/352-8930

VA Bar No. 47651

As attorney of record in place and stead of MICHAEL S. PASANO is hereby GRANTED.

DATED: May 27, 2010

_____
UNITED STATES DISTRICT JUDGE