IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>PEGASUS WIRELESS CORPORATION,<br><br>  Defendants.<br>_____ / | No. C 09-02302 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND CONTINUING DEADLINES AND ORDER OF REFERRAL FOR SETTLEMENT** |

The Court has received and considered the parties' Joint Case Management Conference Statement. It is HEREBY ORDERED AS FOLLOWS:

1. The case management conference scheduled for October 1, 2010 at 1:30 p.m. is VACATED.

2. The deadlines previously set with respect to close of expert discovery, last day to hear dispositive motions, pretrial and trial are CONTINUED as follows:

    a. Close of Expert Discovery:    December 27, 2010

    b. Last day to hear dispositive motions:  February 11, 2011

    c. Pretrial Conference:      April 11, 2011

    d. Trial:          May 2, 2011

//

//

3. The parties are HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of conducting a settlement conference by no later than December 3, 2010.

4. Counsel for Plaintiffs shall serve this Order on any non-represented Defendants.

**IT IS SO ORDERED.**

Dated: September 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani