UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff(s),

v.

PEGASUS WIRELESS CORP., et al.,

    Defendant(s).

No. C09-2302 JSW (BZ)

**ORDER RE OVERDUE PAPERS**

TO: Defendant(s) and their attorney(s) of record:

On October 18, 2010, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for December 9, 2010. Your statement was due December 2, 2010. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by **Noon, tomorrow, December 7, 2010**, defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: December 6, 2010

Bernard Zimmerman
United States Magistrate Judge

1