STEPHEN H. DURLAND
PO BOX 16211
FERNANDINA BEACH, FLORIDA 32035
904 310 6947 OR 561 756 1056



6 December 2010

Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court
Northern District of California
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

    RE: Case No. C09-2302 JSW (BZ)

Judge Zimmerman:

I am in receipt of an Order Scheduling Settlement Conference for this case for Thursday, December 9, 2010 at 2pm. I represent myself in this matter.

For the last few months I have been cooperating with the government's criminal investigation into this matter. Jonathan Schmidt, an Assistant US Attorney in the Northern District of California is representing the government in the criminal case. I have a court-appointed attorney in this case, Galia Phillips. I am currently working out a plea agreement and expect to plead guilty in the next few weeks. It is my understanding that Mr. Schmidt has informed Mr. Robert Mitchell, counsel for the US SEC of the negotiations in the criminal case and the upcoming guilty plea.

Because of the ongoing criminal investigation, I have been advised not to say anything during the course of this settlement conference. Also, as I reside in Florida I request that I be allowed to attend this conference via telephone.

In addition, my new residence address and phone numbers are as above.

Thank you for your consideration.

Sincerely,

Stephen Durland

*No opposition having been received, permission to attend by phone GRANTED*

*Bernard Zimmerman*