MARC J. FAGEL (Cal. Bar. No. 154425)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
  mitchellr@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
  leachr@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
  fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 3:09-cv-02302-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |
| vs. | |
| PEGASUS WIRELESS CORPORATION, JASPER KNABB, and STEPHEN DURLAND, | |
| Defendants, | |
| and | |
| AERO-MARINE, LLC and TAMMY KNABB, | |
| Relief Defendants. | |

Pursuant to Court order, on December 16, 2010, the undersigned parties participated in a mediation conducted by Magistrate Judge Zimmerman.  As a result of the mediation, counsel representing plaintiff Securities and Exchange Commission ("Commission") reached agreements in principle to settle all of the Commission's remaining claims against defendant Jasper Knabb and relief defendant Tammy Knabb.

Stipulation and [Proposed] Order to Extend
Deadlines
SEC v. Pegasus Wireless Corporation, et al.
Case No. 3:09-cv-02302-JSW

However, before the parties can submit the proposed settlements to the Court, the Commission must formally adopt the settlements through a vote of its Commissioners. In order to allow the Commission to consider and vote on whether to adopt the proposed settlements, the undersigned parties respectfully request that the Court: (1) vacate the current deadline of February 11, 2011 for the hearing of dispositive motions in this case, as well as the current pretrial conference and trial dates (*see* Docket Item 75); (2) set a new deadline of May 13, 2011 for the hearing of dispositive motions; (3) and schedule a case management conference for May 13, 2011, or as soon thereafter as the Court's schedule permits.

Dated: December 22, 2010            Respectfully submitted,


*/s/ Robert L. Mitchell*
Robert L. Mitchell
Robert S. Leach
Susan Fleischmann

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: December 22, 2010

*/s/ Christopher Bruno*
Christopher Bruno
BRUNO & DEGENHARDT
10615 Judicial Drive
Suite 703
Fairfax, VA 22030

Attorneys for Defendant
JASPER KNABB

Stipulation and [Proposed] Order to Extend Deadlines
SEC v. Pegasus Wireless Corporation, et al.
Case No. 3:09-cv-02302-JSW

1

Dated: December 22, 2010

          */s/ Nina Marino*
          Nina Marino
          KAPLAN MARINO, PC
          9454 Wilshire Blvd Ste 500
          Suite 500
          Beverly Hills, CA 90212-2908 Christopher Bruno

Attorneys for Relief Defendant
TAMMY KNABB

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED THAT: (1) the current deadline of February 11, 2011 for the hearing of dispositive motions in this case is vacated, as are the currently scheduled pretrial conference and trial dates; (2) the new deadline for hearing dispositive motions is May 13, 2011; and (3) a case management conference is hereby scheduled for May 13, 2011 at 9:00 a.m.

SO ORDERED.

Date: December 22, 2010

                                                        *Jeffrey S. White*
                                                        U.S. District Judge

Stipulation and [Proposed] Order to Extend Deadlines
SEC v. Pegasus Wireless Corporation, et al.
Case No. 3:09-cv-02302-JSW
    2