1   MARC J. FAGEL (Cal. Bar. No. 154425)
    ROBERT L. MITCHELL (Cal. Bar No. 161354)
2     mitchellr@sec.gov
    ROBERT S. LEACH (Cal. Bar No. 196191)
3     leachr@sec.gov
    SUSAN FLEISCHMANN (Cal. Bar No. 207194)
4     fleischmanns@sec.gov

5   Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
6   44 Montgomery Street, Suite 2600
    San Francisco, California  94104
7   Telephone:  (415) 705-2500
    Facsimile:  (415) 705-2501

8

9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                **SAN FRANCISCO DIVISION**

13  SECURITIES AND EXCHANGE COMMISSION,        No. 3:09-cv-02302-JSW

14              Plaintiff,                     **STIPULATION AND [PROPOSED] ORDER
                                               TO EXTEND DEADLINES**
15       vs.

16  PEGASUS WIRELESS CORPORATION, JASPER
    KNABB, and STEPHEN DURLAND,
17
18              Defendants,

19       and

20  AERO-MARINE, LLC and TAMMY KNABB,

21              Relief Defendants.

22

23          By its order dated December 22, 2010 (Dkt. No. 92), the Court set a deadline of May 13, 2011

24  for the hearing of dispositive motions in this case. The Court established the deadline at the request of

25  the parties, so that plaintiff Securities and Exchange Commission ("Commission") could consider

26  whether to ratify proposed settlements with defendant Jasper Knabb and relief defendant Tammy

27  Knabb, as a result of a Court-ordered mediation.

28  Stipulation and [Proposed] Order to Extend
    Deadlines
    SEC v. Pegasus Wireless Corporation, et al.
    Case No. 3:09-cv-02302-JSW

As part of this process, the parties have had to obtain financial and other records necessary for the Commission to consider the settlements.  The Commission staff believes it now has the financial information it needs to submit the proposed settlements to the Commission.  As a result, in order to allow the Commission to consider the settlements, the parties now stipulate, and respectfully request, that the Court enter an order that:  (1) vacates the current deadline of May 13, 2011 for the hearing of dispositive motions in this case; (2) sets a new deadline of July 15, 2011 for the hearing of dispositive motions; (3) and schedule a case management conference for July 15, 2011, or as soon thereafter as the Court's schedule permits.

Dated: March 23, 2011                    Respectfully submitted,


                                         */s/ Robert L. Mitchell*
                                         Robert L. Mitchell
                                         Robert S. Leach
                                         Susan Fleischmann

                                         Attorneys for Plaintiff
                                         SECURITIES AND EXCHANGE COMMISSION

Dated: March 23, 2011


                                         */s/ Christopher Bruno*
                                         Christopher Bruno
                                         BRUNO & DEGENHARDT
                                         10615 Judicial Drive
                                         Suite 703
                                         Fairfax, VA 22030

                                         Attorneys for Defendant
                                         JASPER KNABB

Stipulation and [Proposed] Order to Extend
Deadlines
SEC v. Pegasus Wireless Corporation, et al.
Case No. 3:09-cv-02302-JSW                     1

Dated: March 23, 2011

/s/ Nina Marino
Nina Marino
KAPLAN MARINO, PC
9454 Wilshire Blvd Ste 500
Suite 500
Beverly Hills, CA 90212-2908

Attorneys for Relief Defendant
TAMMY KNABB

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT:  (1) the current deadline of May 13, 2011 for the hearing of dispositive motions in this case is vacated; (2) the new deadline for hearing dispositive motions is July 15, 2011; and (3) a case management conference is hereby scheduled for August 12, 2011 at 1:30 p.m.

SO ORDERED.

Date: March 23, 2011

U.S. District Judge

Stipulation and [Proposed] Order to Extend Deadlines
SEC v. Pegasus Wireless Corporation, et al.
Case No. 3:09-cv-02302-JSW
2