MARC J. FAGEL (Cal. Bar. No. 154425)
ROBERT L. MITCHELL (Cal. Bar No. 161354)
  mitchellr@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
  leachr@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
  fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PEGASUS WIRELESS CORPORATION, JASPER KNABB, and STEPHEN DURLAND,<br><br>Defendants,<br><br>and<br><br>AERO-MARINE, LLC and TAMMY KNABB,<br><br>Relief Defendants. | No. 3:09-cv-02302-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES AND ORDER REQUIRING RESPONSE ON DOCKET NO. 93** |

On March 24, 2011, based on a stipulation of the parties, the Court entered an order extending the deadline for dispositive motions in this case to July 15, 2011, in order to allow plaintiff Securities and Exchange Commission to consider whether to ratify proposed settlements with defendant Jasper Knabb and relief defendant Tammy Knabb, as a result of a Court-ordered mediation.

Stipulation and [~~Proposed~~] Order to Extend Deadlines
SEC v. Pegasus Wireless Corporation, et al.
Case No. 3:09-cv-02302-JSW

Since that time, the Commission staff has submitted its settlement recommendation for review. However, the Commission requires that the staff obtain additional tax and financial information in order to consider and vote on the recommendation. The parties have already requested this information and expect to have it shortly.

In light of this unexpected delay, and to allow the Commission to vote whether to ratify settlements that would conclude the litigation as to Jasper Knabb and Tammy Knabb, the parties respectfully request that the Court enter an order that: (1) vacates the current deadline of July 15, 2011 for the hearing of dispositive motions in this case; (2) sets a new deadline of August 12, 2011; and schedule a case management conference for August 12, 2011, or as soon thereafter as the Court's schedule permits.

Dated: May 6, 2011       Respectfully submitted,

*/s/ Robert L. Mitchell*
Robert L. Mitchell
Robert S. Leach
Susan Fleischmann

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: May 6, 2011

*/s/ Christopher Bruno*
Christopher Bruno
BRUNO & DEGENHARDT
10615 Judicial Drive
Suite 703
Fairfax, VA 22030

Attorneys for Defendant
JASPER KNABB

Stipulation and [Proposed] Order to Extend Deadlines       1
SEC v. Pegasus Wireless Corporation, et al.
Case No. 3:09-cv-02302-JSW

Dated: May 6, 2011

*/s/ Nina Marino*
Nina Marino
KAPLAN MARINO, PC
9454 Wilshire Blvd Ste 500
Suite 500
Beverly Hills, CA 90212-2908

Attorneys for Relief Defendant
TAMMY KNABB

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT: (1) the current deadline of July 15, 2011 for the hearing of dispositive motions in this case is vacated; (2) the new deadline for hearing dispositive motions is August 12, 2011; and (3) a case management conference is hereby scheduled for August 26, 2011 at 1:30 p.m.. It is FURTHER ORDERED that the parties shall advise the Court by May 20, 2011, whether a ruling is necessary on the Motion to Appoint Counsel filed by Mr. Durland (Docket No. 93), or whether that matter has been resolved.

SO ORDERED.

Date: May 9, 2011

_____
U.S. District Judge

Stipulation and [Proposed] Order to Extend Deadlines
SEC v. Pegasus Wireless Corporation, et al.
Case No. 3:09-cv-02302-JSW

2