IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEGASUS WIRELESS CORPORATION,<br><br>　　　　Defendants.<br>_____/ | No. C 09-02302 JSW<br><br>**ORDER RE DOCKET NO. 93** |

　　　On May 9, 2011, this Court granted the parties' stipulation to continue certain deadlines in this case. In that Order, the Court directed the parties to advise the Court by no later than May 20, 2011, as to whether a ruling was necessary on Mr. Durland's motion to appoint counsel or whether the matter had been resolved. The parties failed to file a response on that date.

　　　The Court shall afford the parties one further opportunity to apprise the Court of the status of this motion. Accordingly, by no later than June 3, 2011, the parties shall advise the Court as to whether a ruling is necessary or whether the motion is now moot. If the parties fail to file a response by that date, the Court shall presume no further action is necessary and shall deny the motion as moot and without prejudice to Mr. Durland's refiling the motion if circumstances change.

//

//

//

Plaintiff shall serve a copy of this Order on any party who is not represented by counsel and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: May 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE