IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEGASUS WIRELESS CORPORATION,<br><br>　　　　Defendants.<br>_____/ | No.  C 09-02302 JSW<br><br>**ORDER DIRECTING PLAINTIFF TO FILE REDACTED VERSION OF FINAL JUDGMENT AND TO FILE CONSENT JUDGMENT AGAINST TAMMY KNABB IN PUBLIC RECORD** |

　　　　On July 12, 2011, the Court granted Plaintiff's motion to file under seal. On further review, it appears to the Court that the only document that should be filed under seal is the unredacted version of the final judgment against Relief Defendant Tammy Knabb. The Consent Judgment itself does not contain the information that the parties sought to file under seal. Accordingly, Plaintiff is HEREBY ORDERED to electronically file in the public record the Consent Judgment and a redacted version of the proposed final Judgment. Once the Court has received the publicly filed documents, it shall enter the proposed final Judgment against Ms. Knabb. Plaintiff shall serve a copy of this Order on all parties, and shall file proof of such service with the Court.

　　　　**IT IS SO ORDERED.**

Dated: August 8, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE