IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEGASUS WIRELESS CORPORATION,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 09-02302 JSW<br><br>**ORDER VACATING STATUS CONFERENCE; DIRECTING PLAINTIFF TO SERVE COPY OF ORDER ON DEFENDANT DURLAND; AND DIRECTING PLAINTIFF TO SUBMIT STATEMENT REGARDING CIVIL PENALTIES** |

This matter is scheduled for a status conference on March 9, 2012. The Court has considered the Plaintiff's Status Report, in which it states it intends to renew its motion for imposition of monetary penalties on Defendants Steven Durland and Jasper Knabb. The Court HEREBY VACATES the status conference. In its motion to impose financial remedies, the Plaintiff asks that the Court imposed "substantial third-tier penalties" against Durland and Knabb. The Court HEREBY ORDERS Plaintiff to submit a further statement in which it specifies the exact amount of civil penalties it seeks to impose against Durland and Knabb by no later than March 16, 2012. It is FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Mr. Durland

**IT IS SO ORDERED.**

Dated: March 6, 2012

　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE