**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>    v.<br><br>PEGASUS WIRELESS CORPORATION,<br><br>          Defendants.<br>_____/ | No. C 09-02302 JSW<br><br>**AMENDED JUDGMENT** |

Pursuant to the Order issued this date, granting in part the motion for financial remedies filed by Plaintiff, the Securities and Exchange Commission, the Court HEREBY ENTERS this Amended Judgment in favor of Plaintiff and against Defendants Jasper Knabb and Stephen Durland.  Judgment is entered against Mr. Knabb in the amount of  $40,847,800.79.  Judgment is entered against Mr. Durland in the amount of $2,941,141.18.

**IT IS SO ORDERED AND ADJUDGED**



1  Dated: March 9, 2012

2  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE