UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION, ) Case No.: CV 09-2302 JSW
)
    Plaintiff, ) [PROPOSED] ORDER MOTION TO WITDRAW AS
) ATTORNEYS OF RECORD
vs. )
)
JASPER KNABB and STEPHEN DURLAND, )
    Defendants )
And )
AERO-MARINE, LLC and TAMMY KNABB, )
    Relief Defendants. )
)

## ~~PROPOSED~~ ORDER GRANTING COUNSELS' SECOND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

THIS CAUSE has come before the Court upon the request of Christopher Bruno and Philip J. Kaplan, to withdraw as counsel of record for Defendant Jasper Knabb pursuant to Civil Local Rule 11-5(a) or alternatively Civil Local Rule 11-5(b). Upon review and consideration of this motion, being duly advised on the premises, and good cause being shown,

IT IS HEREBY ORDERED THAT the application is GRANTED.

DONE AND ORDERED in Chambers, San Francisco, California this 10th Day of April, 2012.

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE