IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS WIRELESS CORPORATION,<br><br>Defendants.<br>_____ / | No. C 09-02302 JSW<br><br>**ORDER DENYING MOTION RE AMENDED JUDGMENT** |

On April 8, 2013, Defendant Jasper Knabb filed a motion in which he asks the Court, as a matter of equity, to relieve him from his obligation to pay the $40,847,800.79 as set forth in the Amended Judgment issued on March 9, 2012. The Court also made the obligation to pay this sum a part of the criminal judgment in *United States v. Jasper Knabb*, 11-CR-09-JSW, and Mr. Knabb has appealed that judgment.

Because the obligation to pay the judgment in this case is part of the judgment in the criminal case, in light of the pending appeal, the Court DENIES Mr. Knabb's motion.

**IT IS SO ORDERED.**

Dated: April 12, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PEGASUS WIRELESS CORPORATION et al,<br><br>    Defendant.                  / | Case Number: CV09-02302 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 12, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jasper Knabb
BOP-Reg #16044-111
FCI
P. O. Box 5000
Sheridan, OR   9738-5000

Dated: April 12, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk