IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS WIRELESS CORPORATION,<br><br>Defendants.<br>_____ / | No.  C 09-02302 JSW<br><br>**ORDER RE MOTION TO UNSEAL DOCUMENT**<br><br>**(Docket No. 149)** |

On April 30, 2015, Plaintiff, the Securities and Exchange Commission, filed a motion to unseal the Final Judgment entered against relief defendant Tammy Knabb.  It is HEREBY ORDERED that any opposition to this motion shall be filed by May 7, 2015.  If the motion is opposed, Plaintiff may file a reply brief by no later than May 14, 2015.

**IT IS SO ORDERED.**

Dated: April 30, 2015

                                              _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE