IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 09-02302 JSW |
| Plaintiff, | **ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION FOR TURNOVER OF FUNDS AND INSTRUCTING PLAINTIFF TO FILE PROOF OF SERVICE** |
| v. | |
| PEGASUS WIRELESS CORPORATION, | |
| Defendants. | **(Docket No. 153)** |

On June 9, 2015, Plaintiff filed a motion for turnover of funds, but it did not notice that motion for a hearing date, in accordance with the Northern District Civil Local Rules. Because Plaintiff's motion would not qualify as an administrative motion, it should have noticed the motion for hearing. It also is not clear that a real party in interest to the motion, the City of Anchorage, Alaska, has been served with the motion.

Accordingly, it is HEREBY ORDERED that the Court shall hear this motion on August 7, 2015. If Plaintiff has not served the City of Anchorage, it shall do so by no later than June 19, 2015, and shall file proof of such service with the Court. Plaintiff shall also serve a copy of this Order on the City of Anchorage by that date.

Any opposition to the motion shall be due by no later than July 17, 2015. Plaintiff may file a reply by July 24, 2015.

//

//

If the Court finds the motion suitable for disposition without oral argument, it shall advise the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE