IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PEGASUS WIRELESS CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 09-02302 JSW<br><br>**ORDER EXTENDING DEADLINES** |

On June 9, 2015, Plaintiff filed a motion for turnover of funds. On June 9, 2015, the Court issued an order setting a briefing schedule and hearing, in which it directed Plaintiff to file proof of service of its motion and the Court's order setting a briefing schedule on the City of Anchorage. On July 21, 2015, Plaintiff filed a certificate of service in which it stated that it had not served the Municipality of Anchorage with the Court's order setting a briefing schedule and hearing. However, on June 18, 2015, Plaintiff filed a letter from the Municipality of Anchorage, in which it acknowledged that it had been served with Plaintiff's motion and stated that "[i]f the U.S. District Court orders the proceeds to be turned over to the SEC, the Municipality fully intends to do so." (Docket No. 159.)

The Court has not received an opposition from relief Defendant Tammy Knabb, although all opposition briefs were due on July 17, 2015. The Court HEREBY EXTENDS the deadline to file an opposition to the motion to July 29, 2015. If any interested party opposes the motion, Plaintiff may file a reply by August 5, 2015. If the Court finds the motion suitable for

disposition without oral argument, it shall advise the parties in advance of the hearing date.

If no opposition is filed on July 29, 2015, the Court will take the matter under advisement and shall vacate the hearing date.

**IT IS SO ORDERED.**

Dated: July 22, 2015

                                            JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE